IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL KIRCHHOEFER | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| LINCOLN NATIONAL LIFE , | : | |
| INSURANCE COMPANY | : | |
| Defendant | : | NO.:22-3705 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and his counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, Lincoln National Life Insurance Company.

Date: November 18, 2022

RESPECTFULLY SUBMITTED,

S/ *Michael J. Parker*
Michael J. Parker, Esquire
PA Bar No.: 93024
Counsel for the Plaintiff, Michael Kirchhoefer

Pond Lehocky LLP
One Commerce Square
2005 Market Street
Philadelphia, PA 19103
(800) 773-1300

CERTIFICATE OF SERVICE

    I hereby certify that onNovember 18, 2022, I electronically filed the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) with the Clerk of Court by using the CM/ECF system, which sent notice of such filing to all parties.

                                      RESPECTFULLY SUBMITTED,

                                      *S/ Michael J. Parker*
                                      Michael J. Parker, Esquire